**United States Bankruptcy Court**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: | Case No. _____ |
| **HERNAIZ ACOSTA, ALBERT & VALENTIN CALDERON, ADRIA MARIA** | Chapter **13** |
| Debtor(s) | |

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **7/21/2009**           ☐ AMENDED PLAN DATED: _____
☑ PRE  ☐ POST-CONFIRMATION           Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **19** = $ **3,800.00**
$ **275.00** x **17** = $ **4,675.00**
$ **430.00** x **24** = $ **10,320.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **18,795.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **18,795.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL**  Cr. _____  Cr. _____
# **8930050051774**  # _____  # _____
$ **1,270.00**  $ _____  $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ** Cr. _____  Cr. _____
# **13249613127696**  # _____  # _____
$ **9,762.00**  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL FINANCIAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,874.00**

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**Debtor(s) to provide auto insurance upon maturity to BBVA thru TRIPLE-S.
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to BBVA thru the Trustee in the sum $100.00 per month for the next eight months or until confirmation.
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.**

Signed: **/s/ ALBERT HERNAIZ ACOSTA**
Debtor

**/s/ ADRIA MARIA VALENTIN CALDERON**
Joint Debtor

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**           Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN